McGREGOR W. SCOTT
United States Attorney
ALYSON A. BERG
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Defendant Richard v. Spencer,
Secretary of the United States Department of the Navy

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM ALBRO,<br><br>        Plaintiff,<br><br>v.<br><br>RICHARD V. SPENCER, SECRETARY OF THE UNITED STATES DEPARTMENT OF THE NAVY,<br><br>        Defendant. | Case No. 1:18-cv-01156 DAD/JLT<br><br>**STIPULATION FOR AN EXTENSION TO FILE DEFENDANT'S RESPONSE TO THE COMPLAINT AND FOR A CONTINUANCE OF THE SCHEDULING CONFERENCE; [~~PROPOSED~~] ORDER** |

Defendant Richard V. Spencer ("Defendant") and Plaintiff William Albro ("Plaintiff"), (collectively "the parties"), stipulate, by and through their undersigned counsel, for an extension to file Defendant's response to the Complaint and for a continuance of the Scheduling Conference.

Due to the voluminous documents to review in preparation of Defendant's appropriate response, and the Christmas holidays, the parties have agreed to a thirty-day extension for the Defendant to file its response, which will now be filed on February 13, 2019. The parties further request that the Scheduling Conference currently set for January 16, 2019, be continued to a date and time selected by the Court after the Defendant's response is filed.

//

//

//

---

STIPULATION FOR AN EXTENSION TO FILE DEFENDANT'S RESPONSE TO THE COMPLAINT AND
FOR A CONTINUANCE OF THE SCHEDULING CONFERENCE; [~~PROPOSED~~] ORDER

1

Respectfully submitted,

Dated:  December 21, 2018        McGREGOR W. SCOTT
                                 UNITED STATES ATTORNEY


                                 _____
                                 ALYSON A. BERG
                                 Assistant United States Attorney
                                 Attorney for the Defendant


Dated:  December 21, 2018        _____
                                 JOHN T. HARRINGTON
                                 Attorney for the Plaintiff


[~~PROPOSED~~] ORDER

Having reviewed the stipulation submitted by the parties and good cause appearing, it is hereby ordered that Defendant's response to the Complaint is due on or before February 13, 2019 and that the Scheduling Conference is continued to April 2, 2019 at 9:00 a.m.

IT IS SO ORDERED.

   Dated:   **January 7, 2019**              **/s/ Jennifer L. Thurston**
                                             UNITED STATES MAGISTRATE JUDGE

STIPULATION FOR AN EXTENSION TO FILE DEFENDANT'S RESPONSE TO THE COMPLAINT AND FOR A CONTINUANCE OF THE SCHEDULING CONFERENCE; [~~PROPOSED~~] ORDER

2