MCGREGOR W. SCOTT
United States Attorney
JOSEPH B. FRUEH
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
E-mail:     joseph.frueh@usdoj.gov
Telephone: (916) 554-2702
Facsimile:  (916) 554-2900

Attorneys for Defendant
RICHARD V. SPENCER
Secretary of the United States
Department of the Navy

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM ALBRO,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>RICHARD V. SPENCER, Secretary of the United States Department of the Navy,<br><br>　　　　　　Defendant. | No. 1:18-cv-01156-DAD-JLT<br><br>**SECOND STIPULATION AND PROPOSED ORDER TO CONTINUE ANSWER DEADLINE AND SCHEDULING CONFERENCE**<br><br>(Doc. 18) |

| | |
|---|---|
| 1 | **SECOND STIPULATION AND PROPOSED ORDER** |
| 2 | IT IS HEREBY STIPULATED, by and between the parties and subject to Court approval, that |
| 3 | Defendant's deadline to respond to the Complaint be continued from February 13, 2019, to March 29, |
| 4 | 2019, and that the Scheduling Conference be continued from April 2, 2019, to April 30, 2019. The |
| 5 | reasons for this stipulation are as follows: |
| 6 | 1.  On December 21, 2018, the parties stipulated to continue the deadline for Defendant's |
| 7 | response to the Complaint to February 13, 2019, and requested a commensurate continuance of the |
| 8 | Scheduling Conference. ECF No. 13. The reasons for that stipulation included the impending holidays |
| 9 | and the volume of documents that Defendant's counsel was required to review in order to respond to the |
| 10 | Complaint. *See id.* The Court approved the stipulation on January 7, 2019. ECF No. 14. |
| 11 | 2.  At the end of the day on December 21, 2018, the appropriations act that had been funding |
| 12 | the Department of Justice expired and appropriations to the Department lapsed. As a result, Department |
| 13 | of Justice attorneys and other employees were prohibited from working, even on a voluntary basis, |
| 14 | except in very limited circumstances, including "emergencies involving the safety of human life or the |
| 15 | protection of property." 31 U.S.C. § 1342. |
| 16 | 3.  The foregoing exception was not deemed to include most civil cases, and Defendant's |
| 17 | prior counsel of record and the undersigned Assistant United States Attorney were furloughed until |
| 18 | January 28, 2019, at which point appropriations to the Department of Justice had been restored. |
| 19 | 4.  During the lapse in appropriations, Defendant's prior counsel of record left the Fresno |
| 20 | United States Attorney's Office. Thereafter, the undersigned Assistant United States Attorney was |
| 21 | assigned to represent Defendant on January 29, 2019, and appeared as counsel of record on January 31, |
| 22 | 2019. The case file is currently en route from Fresno to the Sacramento United States Attorney's Office. |
| 23 | /// |
| 24 | /// |
| 25 | /// |
| 26 | /// |
| 27 | /// |
| 28 | /// |

5. In light of the foregoing, the parties respectfully submit that there is good cause to continue Defendant's deadline to respond to the Complaint to March 29, 2019, and to continue the Scheduling Conference to April 30, 2019, or a date thereafter as the Court's schedule permits.

Dated: February 4, 2019

McGREGOR W. SCOTT
United States Attorney

By: /s/ *Joseph B. Frueh*
JOSEPH B. FRUEH
Assistant United States Attorney

Attorneys for Defendant
RICHARD V. SPENCER
Secretary of the United States
Department of the Navy

Dated: February 4, 2019

THE EMPLOYMENT LAW GROUP, PC

By: /s/ *John T. Harrington* (authorized 2/4/2019)
JOHN T. HARRINGTON

Attorneys for Plaintiff
WILLIAM ALBRO

IT IS SO ORDERED.

Dated: **February 5, 2019**      **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE