# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM ALBRO, <br><br> Plaintiff, <br><br> v. <br><br> RICHARD V. SPENCER, Secretary of the United States Department of the Navy, <br><br> Defendant. | Case No.: 1:18-cv-01156 DAD JLT <br><br> STIPULATION AND ORDER TO CONTINUE RESPONSE TO FIRST AMENDED COMPLAINT <br><br> (Doc. 30) |

## **STIPULATION**

IT IS HEREBY STIPULATED, by and between the parties and subject to Court approval, that Defendant's deadline to respond to the First Amended Complaint be continued from July 31, 2019, to August 7, 2019. The reasons for this stipulation are as follows:

1. On June 27, 2019, the Court granted in part and denied in part Defendant's Motion to Dismiss the Complaint. *See* ECF No. 27. The Court provided Plaintiff three weeks to file a First Amended Complaint ("FAC"). *See id.*

2. Plaintiff filed the FAC on July 17, 2019. *See* ECF No. 28. Pursuant to Federal Rule of Civil Procedure 15(a)(3), Defendant's response to the FAC is currently due on July 31, 2019.

3. Defendant requires additional time to review and analyze the FAC and prepare his response. Additional time is required because, between July 17 and 31, representatives of the Naval Air Warfare Center Weapons Division have limited availability due to pressing needs occasioned by

1

the recent Ridgecrest earthquakes, and Defendant's counsel has pre-scheduled leave as well as several deadlines in other matters pending in this Court.

Dated: July 24, 2019                    McGREGOR W. SCOTT
United States Attorney

By:    /s/ *Joseph B. Frueh*
JOSEPH B. FRUEH
Assistant United States Attorney

Attorneys for Defendant
RICHARD V. SPENCER
Secretary of the United States
Department of the Navy

THE EMPLOYMENT LAW GROUP, PC

By:    /s/ *John T. Harrington* (authorized 7/23/2019)
JOHN T. HARRINGTON

Attorneys for Plaintiff
WILLIAM ALBRO

## **ORDER**

Based upon the stipulation of the parties and good cause appearing therefor, Defendant's response to the First Amended Complaint **SHALL** be filed on or before **August 7, 2019**.

IT IS SO ORDERED.

Dated:   **July 28, 2019**                     **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE