1  McGREGOR W. SCOTT
   United States Attorney
2  JOSEPH B. FRUEH
   Assistant United States Attorneys
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  E-mail:    joseph.frueh@usdoj.gov
   Telephone: (916) 554-2702
5  Facsimile: (916) 554-2900

6  Attorneys for Defendant
   RICHARD V. SPENCER
7  Secretary of the United States
   Department of the Navy

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM ALBRO,<br><br>            Plaintiff,<br><br>     v.<br><br>RICHARD V. SPENCER, Secretary of the United States Department of the Navy,<br><br>            Defendant. | No. 1:18-cv-01156-DAD-JLT<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER TO CONTINUE SCHEDULING CONFERENCE**<br>(Doc. 39) |

| | |
|---|---|
| 1 | **STIPULATION AND PROPOSED ORDER** |
| 2 | IT IS HEREBY STIPULATED, by and between the parties and subject to Court approval, that |
| 3 | the Scheduling Conference in this matter be continued from November 18, 2019, to December 23, 2019, |
| 4 | to allow time for the Court to resolve Defendant's Motion to Dismiss Plaintiff's First Amended |
| 5 | Complaint. *See* ECF Nos. 32–38. |

Dated: October 30, 2019

                M<small>C</small>GREGOR W. SCOTT
                United States Attorney

By:   /s/ *Joseph B. Frueh*
       JOSEPH B. FRUEH
       Assistant United States Attorney

Attorneys for Defendant
RICHARD V. SPENCER
Secretary of the United States
Department of the Navy

THE EMPLOYMENT LAW GROUP, PC

By:   /s/ *John T. Harrington*   (authorized 10/30/2019)
       JOHN T. HARRINGTON

Attorneys for Plaintiff
WILLIAM ALBRO

## ORDER

Based upon the stipulation of counsel, the scheduling conference will be continued. However, the date selected is not available. Thus, the Court CONTINUES the scheduling conference to December 20, 2019 at 9:00 a.m.

IT IS SO ORDERED.

Dated:   **October 30, 2019**          **/s/ Jennifer L. Thurston**
                                                            UNITED STATES MAGISTRATE JUDGE