McGREGOR W. SCOTT
United States Attorney
W. DEAN CARTER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
E-mail: dean.carter@usdoj.gov
Telephone: (916) 554-2781
Facsimile: (916) 554-2900

Attorneys for Defendant
RICHARD V. SPENCER
Secretary of the United States
Department of the Navy

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM ALBRO,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>RICHARD V. SPENCER, Secretary of the United States Department of the Navy,<br><br>　　　　　Defendant. | Case No. 1:18-cv-01156-DAD-JLT<br><br>**STIPULATION AND ORDER TO CONTINUE SCHEDULING CONFERENCE**<br><br>(Doc. 42) |

# **STIPULATION AND ORDER**

IT IS HEREBY STIPULATED, by and between the parties and subject to Court approval, that the Scheduling Conference in this matter be continued from December 20, 2019, to January 27, 2020, to allow time for the Court to resolve Defendant's Motion to Dismiss Plaintiff's First Amended Complaint. *See* ECF Nos. 32–38.

Dated: December 5, 2019 

McGREGOR W. SCOTT
United States Attorney

By: /s/ *W. Dean Carter*
W. DEAN CARTER
Assistant United States Attorney

Attorneys for Defendant
RICHARD V. SPENCER
Secretary of the United States
Department of the Navy

THE EMPLOYMENT LAW GROUP, PC

By: /s/ *John T. Harrington* (authorized 12/5/2019)
JOHN T. HARRINGTON

Attorneys for Plaintiff
WILLIAM ALBRO

IT IS SO ORDERED.

Dated: **December 10, 2019**              **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE