# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**WILLIAM ALBRO,**

CASE NO: **1:18–CV–01156–DAD–JLT**

v.

**RICHARD V. SPENCER, ET AL.,**

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 4/22/2020**

**Keith Holland**
Clerk of Court

ENTERED: **April 22, 2020**

by: /s/ S. Sant Agata
Deputy Clerk