**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WILLIAM ALBRO, | Case No.: 1:18-cv-01156-DAD-JLT |
| Plaintiff, | ORDER SETTING STATUS CONFERENCE |
| v. | |
| RICHARD V. SPENCER, Secretary of the United States Department of the Navy, et al., | |
| Defendants. | |

On April 22, 2020, the Court issued an order granting defendant's motion to dismiss plaintiff's first amended complaint. (Doc. 47.) Plaintiff appealed to the Ninth Circuit (Docs. 49, 50), and on July 16, 2021, the Ninth Circuit issued a memorandum affirming the dismissal of plaintiff's retaliation claim and reversing the dismissal of his discriminatory treatment claim and remanding for further proceedings. (Doc. 57.) The Ninth Circuit issued a mandate on September 7, 2021. (Doc. 58.) Thus, the Court **ORDERS**:

1. The Court sets a status conference on **November 10, 2021** at 10:00 a.m.[1];

///

///

///

---

[1] The status conference will proceed via video conference. The Court will provide login details as the date approaches.

1

2. Counsel shall file a joint status report at least five court days in advance of the conference.

IT IS SO ORDERED.

Dated:   **October 14, 2021**                      _ **/s/ Jennifer L. Thurston**
                                                                    CHIEF UNITED STATES MAGISTRATE JUDGE