1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT
9                          EASTERN DISTRICT OF CALIFORNIA
10

11   WILLIAM ALBRO,                          1:18-cv-01156-ADA-CDB

12              Plaintiff,

13      v.                                   ORDER GRANTING JOINT STIPULATION
                                             TO VACATE SETTLEMENT
14   CARLOS DEL TORO,                        CONFERENCE

15              Defendant.                    (ECF No. 74)

16

17          On August 24, 2018, Plaintiff William Albro ("Plaintiff") filed this action under Title VII

18   of the Civil Rights Act of 1964, 42 U.S.C. § 2000e, *et seq.*  (ECF No. 1).  Defendant answered the

19   First Amended Complaint on November 19, 2021.  (ECF No. 63)

20          On December 20, 2021, the Court issued a scheduling order setting a settlement conference

21   on November 28, 2022.  (ECF No. 65).  On November 7, 2022, the parties filed a stipulation to

22   vacate that settlement conference.  (ECF No. 74).  In their stipulation, the parties represent that they

23   have met and conferred and concluded mutually that the case is not in a settlement posture.

24   Accordingly, the parties request that the settlement conference be continued to a date after the Court

25   rules on any future dispositive motions.  *Id.* at 2.  However, the stipulation submitted by the parties

26   did not include a proposed order as required by Local Rule 143, and no such proposed order was

27   electronically submitted to the assigned Magistrate Judge consistent with Local Rule 137(b).

28

1

1      While the Court will grant the parties' request to vacate the November 28, 2022, settlement

2   conference, the Court directs the parties to review the Local Rules and more diligently adhere to

3   them in connection with all future proceedings.

4      Pursuant to the stipulation of the parties, and for good cause appearing thereto,

5      IT IS HEREBY ORDERED that the November 28, 2022, settlement conference is vacated

6   and shall be reset to a date yet to be determined after the Court rules on dispositive motions.

7   IT IS SO ORDERED.

8   Dated:   **November 9, 2022**

9   UNITED STATES MAGISTRATE JUDGE