UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM ALBRO,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>RICHARD V. SPENCER, *et al*.<br><br>　　　　　　　Defendants. | Case No. 1:18-cv-01156-ADA-CDB<br><br>ORDER GRANTING UNOPPOSED MOTION TO AMEND SCHEDULING ORDER TO EXTEND DISPOSITIVE MOTIONS DEADLINE AND RESET DISPOSITIVE MOTIONS HEARING DATE<br><br>(Doc. 76) |

　　　Pending before the Court is Defendants' motion to amend scheduling order to extend dispositive motions deadline and reset dispositive motions hearing date. (Doc. 76). Based on Defendants' representations, including that Plaintiff does not oppose the motion, and good cause appearing, it is HEREBY ORDERED:

　　　1. The dispositive motions deadline is extended by 30 days, to June 15, 2023; and
　　　2. The dispositive motions hearing date of June 20, 2023 is vacated and reset to July 24, 2023, at 10:30 am.

IT IS SO ORDERED.

Dated:　**April 10, 2023**　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE