

United States District Court
Eastern District of California

| WILLIAM ALBRO |
| --- |

Plaintiff(s)

Case Number: | 1:18-CV-01156-NODJ-CDB |
| --- |

V.

| RICHARD V. SPENCER , ET AL. |
| --- |

APPLICATION FOR PRO HAC VICE
AND ORDER

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,
Anita Mazumdar Chambers hereby applies for permission to appear and participate as
counsel in the above entitled action on behalf of the following party or parties:
William Albro

On 05/05/2017 (date), I was admitted to practice and presently in good standing in the
District of Columbia Court of Appeals (court).  A certificate of good standing from that court is
submitted in conjunction with this application.  I have not been disbarred or formally censured by a court of
record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice
application to this court.  (If you have made a pro hac vice application to this court within the last year, list
the name and case number of each matter in which an application was made, the date of application and
whether granted or denied.)

Date: 04/02/2024          Signature of Applicant: /s/ Anita Mazumdar Chambers

**Pro Hac Vice Attorney**

Applicant's Name: Anita Mazumdar Chambers

Law Firm Name: The Employment Law Group, P.C.

Address: 1717 K Street NW, Suite 1110

City: Washington   State: DC   Zip: 20006

Phone Number w/Area Code: (202) 261-2821

City and State of Residence: Lorton, Virginia

Primary E-mail Address: achambers@employmentlawgroup.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: J. Bernard Alexander, III

Law Firm Name: Alexander Morrison & Fehr, LLP

Address: 1900 Avenue of the Stars, Suite 900

City: Los Angeles   State: CA   Zip: 90067

Phone Number w/Area Code: (310) 394-0888   Bar #: 128307

## **ORDER**

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated:  April 3, 2024

JUDGE, U.S. DISTRICT COURT