MICHELE BECKWITH
Acting United States Attorney
W. DEAN CARTER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
E-mail:      dean.carter@usdoj.gov
Telephone:   (916) 554-2781
Facsimile:   (916) 554-2900

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM ALBRO,<br><br>               Plaintiff,<br><br>          v.<br><br>CARLOS DEL TORO, Secretary of the United States Department of the Navy,<br><br>               Defendant. | No. 1:18-CV-01156-TLN-CDB<br><br>**ORDER GRANTING UNOPPOSED MOTION TO RESET FINAL PRETRIAL CONFERENCE** |

GOOD CAUSE HAVING BEEN SHOWN, the Court GRANT Defendant's Unopposed Motion to Reset Final Pretrial Conference.  Accordingly, the Final Pretrial Conference set for July 10, 2025 at 2:00 p.m. is hereby VACATED and RESET to **June 12, 2025 at 1:30 p.m.** in Courtroom 2 before District Judge Troy L. Nunley.  The parties shall file a Joint Pretrial Conference Statement not later than **June 5, 2025**, pursuant to Local Rule 281(a)(2) and (b).

Dated: April 4, 2025

_____
Troy L. Nunley
Chief United States District Judge