THE EMPLOYMENT LAW GROUP, P.C.
R. Scott Oswald (*pro hac vice*)
Anita Mazumdar Chambers (*pro hac vice*)
Briana L. Scholar (*pro hac vice*)
Charles Early (*pro hac vice*)
1717 K Street NW, Suite 1110
Washington, DC 20006
Telephone: 202-261-2821
Facsimile: 202-261-2835

ALEXANDER MORRISON & FEHR LLP
J. Bernard Alexander, III (State Bar No. 128307)
1900 Avenue of the Stars, Suite 900
Los Angeles, California 90067
Telephone: 310.394.0888
Facsimile: 310.394.0811
balexander@amfllp.com
*Counsel for Plaintiff*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM ALBRO, | Case No. 1:18-cv-01156-TLN-CDB |
| Plaintiff, | **ORDER** |
| v. | |
| CARLOS DEL TORO, | |
| Defendant. | |

The Court has considered Plaintiff's unopposed Motion to Excuse Local Counsel from the Pretrial Conference and Trial and hereby GRANTS the Motion. J. Bernard Alexander III, counsel for Plaintiff, is hereby excused from attending the Final Pretrial Conference and trial of this matter. The Court reserves the right to vacate this Order and require J. Bernard Alexander III's attendance if the Court determines R. Scott Oswald is not complying or familiar with the applicable local rules and procedures of this Court.

//

//

IT IS SO ORDERED.

Date: April 17, 2025

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE