IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM ALBRO,<br><br>                  Plaintiff,<br><br>   v.<br><br>JOHN PHELAN, SECRETARY OF THE U.S. NAVY,<br><br>                  Defendant. | No. 1:18-cv-01156-TLN-CDB<br><br>**ORDER GRANTING UNOPPOSED MOTION FOR DARLENE SOTO TO TESTIFY REMOTELY** |

     GOOD CAUSE HAVING BEEN SHOWN, the Court GRANTS Plaintiff's Unopposed Motion for Darlene Soto to Testify Remotely. Accordingly, Ms. Darlene Soto shall be permitted to testify via remote video teleconference. Upon commencement of the trial, and upon determination and confirmation of the schedule for witnesses, the Courtroom Deputy shall provide a Zoom link for Ms. Soto's appearance.

Dated: August 8, 2025

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE