UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| WILLIAM ALBRO,<br><br>        Plaintiff,<br><br>v.<br><br>JOHN PHELAN, Secretary of the United States Department of the Navy,<br><br>        Defendant. | Case No.   1:18-cv-01156-TLN-CDB<br><br>**CIVIL JURY TRIAL MINUTES**<br><br>Date:   September 15, 2025<br>Deputy Clerk:   Michele Krueger<br>Court Reporter:   Maryann Valenoti |

**Appearance for Plaintiff:**

R. Scott Oswald, Briana Scholar, and Charles Early

**Appearances for Defendant:**

William Carter and Joseph Frueh

Proceedings: Jury Trial (Day 1) – Motions in Limine, Jury Selection, Opening Statements and Evidence

9:43    All parties present. The Court heard oral argument and issued a ruling on the parties' Motions in Limine (ECF Nos. 109, 121, 126 - 128).

10:23    Court in recess.

10:42    The Court reconvened with all parties present. The prospective jurors present and sworn. The Court began voir dire.

12:33    The prospective jurors were admonished and excused for a lunch break, and the Court in recess.

1:39    Court back in session with all parties and prospective jurors. The Court continued with voir dire.

2:15    The parties passed for cause, and the parties executed their peremptory challenges.

2:21    The jury (8) was selected and sworn. The Court thanked and excused the remaining prospective jurors.

2:22    The Court read its Preliminary Jury Instructions.

2:40    Court in recess.

3:00    Court back in session with all parties and jurors present. Plaintiff's opening statement made by Mr. Oswald.

3:37    Defendant's opening statement made by Mr. Frueh.

4:04  Plaintiff called witness **Julie Gervais**, sworn and testified on direct by Mr. Oswald.

4:50  The jurors were admonished and excused for the day.

4:52  Counsel stipulated to move all of the Joint Exhibits (1 – 112) into evidence.

4:55  Court adjourned until 9:00 a.m. on Tuesday, September 16, 2025.